AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the



FILED
MAY 10 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

__Martin E. Cole©__
Petitioner

v.

__STATE OF KANSAS__
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. __21-3124-SAC__
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: __Martin Edward Cole©__
   (b) Other names you have used: __None__
2. Place of confinement:
   (a) Name of institution: __Sedgwick County Correctional Center__
   (b) Address: __141 West Elm__
   __Wichita, Kansas 67203__
   (c) Your identification number: __18779658__
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☑ State authorities    ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____
       (b) Docket number of criminal case: _____
       (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other (explain): __I am a Sovereign Flesh and Blood Man being intimadated and Coerced to become the Accommodation Party to the Debtor/Legal Fiction, MARTIN E. COLE©__

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☑ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☑ Other *(explain)*: The refusal of the Eighteenth District Court to recognize my Standing as the Secured Party/Creditor and the Authorized Representative of the Strawman/Legal Fiction MARTIN E. COLE.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Eighteenth Judical District Court Sedgwick Co. Courthouse 525 N. Main, 7th Floor Wichita, Kansas 67203
   (b) Docket number, case number, or opinion number: 2020-CR-001249-FE
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: The refusal to allow me as holder-in-due-course to redeem my bid Bond and in return for past settlement and Closure of the account no. 2020-CR-001249-FE and AUTOTRIS and CUSIP account no. 265352937.
   (d) Date of the decision or action: March 6, 2021 and March 16, 2021

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Eighteenth Judical District Court
       (2) Date of filing: September 9, 2020
       (3) Docket number, case number, or opinion number: 2020-CR-001249-FE
       (4) Result: unrefutted Commercial Affidavit of truth of the Petitioner of this Writ
       (5) Date of result: after 14 days as of date Affidavit was signed on 9/3/2020
       (6) Issues raised: My Standing as the secured Party/Creditor My God given right to defend myself from the Man that attacked me on June 6, 2020. That this Petitioner feared for his life and who's ONLY intention was to defend himself. That the Defendants right to a speedy trial cannot be waived by enviromental issues and that the name MARTIN E COLE in all capital letters is a Corporate Fiction that the petitioner/Secured Party has a superior security interest in.
   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: Eighteenth Judical District Court
    (2) Date of filing: Affidavit of Claims filed on Feb. 9 2021
    (3) Docket number, case number, or opinion number: 2020-CR-001249-FE
    (4) Result: an unrefuted Affidavit of Claims filed by this Petitioner
    (5) Date of result: after the 7 days upon the receipt of Affidavit by the Clerk of Court
    (6) Issues raised: That I have a Common Law right not to be bound by any Contract which I have not entered into knowingly willingly voluntarily without misrepresentation, coercion, or duress; That I am not the Fiduciary/Trustee for MARTIN E. COLE© That I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed Contract, I enjoin claim to be the Secured Party/creditor for the Debtor Defendant MARTIN COLE and my Common Law Copyright of said name.

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes      ☐ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: Eighteenth Judical District Court and to Judge Jeffrey L. Syrios
    (2) Date of filing: March 6 2021
    (3) Docket number, case number, or opinion number: 2020-CR-001249-FE
    (4) Result: the Courts and the Judge refused to recognize my Standing as Secured Party
    (5) Date of result: March 6 2021
    (6) Issues raised: the Secured Party wanting to redeem the bid bond to which the Secured Party is holder-in-due course. The Authorized Representative Martin E. Cole did accept for Value and Consideration the Complaint/Information upon proof of Claim, and asked for post settlement and Closure of the account no. 2020-CR-001249-FE and to use my exemption for full settlement of this account as this account is prepaid and exempt from Levy.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☐ No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☑ Yes          ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes          ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes    ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Motion to Dismiss Charges
(b) Name of the authority, agency, or court: Eighteenth Judicial District Court
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: 2020-CR-001249-FE
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

Page 6 of 9

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** It is a Common Law Remedy (Admiralty Law has to be in Harmony with the Common Law, and Common Law is STILL IN EFFECT) You confess that the Plaintiff has a cause of action, but avoid the consequences of the action by an Affirmative Defense, Confession and Avoidance has been changed to Rule 8 FRCP.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I accepted the Complaint/Information for Value and Consideration upon proof of Claim. Whenever you create a Liability you always have to create a remedy. Every Liability has a remedy attached to it and Affirmative defences under Rule 8 is your remedy from Commercial Liability.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** The Court is operating under Admiralty/Maritime Jurisdiction and there MUST BE a valid International Contract in force. The Courts do not want to admit that they are operating under Admiralty/Maritime Jurisdiction so they call it Statutory Jurisdiction.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Constitution mentions 3 areas of Jurisdiction - Common Law, Equity Law and Admiralty/Maritime Law. Whenever there is a penalty for failure to perform that is Admiralty/Maritime Jurisdiction and I did not enter into a valid International Maritime Contract THAT HAS BEEN BREACHED

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND THREE:** I am being intimidated and coerced into becoming the Accomodation Party/Strawman/Defendant against my will and putting me under Unnecesary duress.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I've been incarcerated since June 6, 2020, all my hearings have been continued again and again DESPITE my Motion for Preliminary Examination filed pro se on July 31, 2020 and now my appointed Attorney Mark Sevart is intimidating me by stating he didn't want to hear about "this UCC stuff"

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I have not been appointed an Attorney yet that has come to me with Clean Hands, full disclosure and acting in good faith as required.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: My first Attorney (Public Defender Steve Rupert Perjuring himself in Court, TN Judge (Jeffrey Syrios) continuing his intimidation and coercion by REPEATEDLY saying he didn't see where Mr. Rupert did anything wrong when he clearly did on numerous occasions! AND NOW my Attorney Mark Sevart wanting nothing to do with my concerns is total intimidation AND ineffective assistance of council.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I was ignored on the other grounds accused by my former Public Defender Steve G. Rupert of already receiving my discovery and having problems with it which was untrue again promoting my further intimidation and coercion after awhile you just Shut up and realize the FRAUD and Perjury going on. Plain & Simple.

**Request for Relief**

15. State exactly what you want the court to do: Let me redeem my bid bond and allow for the full settlement and closure of the account no. 2020-CR-001249-FE and AUTOTRIS and CUSIP account no. 265352937 and use my exemption to close this account. And the immediate release of the Secured Party, Martin E. Cole©

Page 8 of 9

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/29/2021    By *Marty E. Ide*
                              Authorized Representative
                              *Signature of Petitioner*

                              _____
                              *Signature of Attorney or other authorized person, if any*

# AFFIDAVIT OF CLAIMS
## (MEMORANDUM)

I, Martin E. Cole©, A Flesh and Blood Sovereign Man, do herein with a Sound Mind, Claim that statements are TRUE and is based on personal knowledge and is subscribed to and sworn before a Notary Public.

I, Martin E. Cole©, the unrefutted Secured Party/Creditor herein Claims the priority Security interest in the Legal Fiction/Strawman/Defendant MARTIN E. COLE©. I also Claim a Legal Common Law Copyright on all forms of said name. I am herein the Afiant.

The Affiant Claims his Reservation of Rights pursuant to UCC 1-308 (old 1-207)

The Affiant Claims that the sufficiency of the reservation ANY expression Indicating an intention to reserve rights, is sufficient, such as "WITHOUT PREJUDICE" (UCC 1-308.4) old 1-207.

The Affiant Claims that Confession and Avoidance is a Common Law Remedy (Admiralty Law has to be in Harmony with the Common Law, and Common Law is STILL IN EFFECT) You confess that the Plaintiff has a cause of action, but Avoid the consequences of the action by an Affirmative Defense. Confession and Avoidence has been changed to RULE 8, Federal Rules of Civil Procedure. RULE 8 FRCP: Is for Affirmative Defense Common Law Rule of Confession and Avoidance under Affirmative Defenses. Whenever you create a Liability you ALWAYS have to create a remedy. Every Liability has a remedy attached to it and Affirmative Defenses under Rule 8 is my remedy from Commercial Liability.

Page 1 of 6

The Afiant Claims that **48 CFR** (Code of Federal Regulations) States that **EVERYTHING** is under Lex Mercantorium. If you go into the State Statutes, all will say the principle of Law and equity or Law Merchant is the decision in **ALL COURTS** Everything is Commercial. What they do is they sell the bond both domestically and at the International Level.

The Affiant Claims that a Writ of Habeas Corpus has to state a Colorable Claim. The Affiant has given Color to my pleading, by Confession and Avoidance **RULE 8**. The Affiant has accepted for Value and Consideration the Complaint/Information **UPON PROOF OF CLAIM**.

The Affiant Claims his rights under Mandatory Rule 13.

Rule 13 says that when a Claim arises from the same transaction or occurrence, it's mandatory that you file a counter-claim. What is my counter-claim? Post Settlement and Closure of the account under Public Policy. The Affiant/Secured Party is entitled to a discharge of the debt because Martin E. Cole©, am the Principal and am the Holder-In-Due-Course of the original Account. I own both sides of the Account. I own the Common Stock, the Preferred Stock and I'm the Principal on the Account which means I'm the Creditor.

The Affiant Claims that **ALL** Capital and Interest must be returned to me, the Principal. This is called the accrual method of accounting.

## THE AFFIANT RAISED THIS ISSUE
on the following dates of Court hearings

Page 2 of 6

**BOTH** on or about March 5, 2021 and on March 16, 2021 by stating as the Secured Party/Creditor and Authorized Representative for the Legal fiction/Strawman/Defendant:
  I want to redeem my bond, I accept your charges for Value and Consideration in return for post settlement and Closure of the account number 2020-CR-001249-FE and AUTOTRIS and CUSIP account number 265352937. Please use my exemption for full settlement and closure of this account as this account is prepaid and exempt from Levy.
  The Affiant **ALSO** caused to be filed on Feb. 8, 2021 a Notice of Demand, requesting to know who is holding the bond on this issue. The bond **WAS NOT PRODUCED** within 72 hours or as of the date of this Affidavit.
**THUS A DEFAULT** which creates an estoppel against the Governor and his "agents provacateur" (the Court Officals) from ever "charging" the Account against the unlincorporated Strawman, that otherwise would result in Liability to the Affiant/Secured Party/Creditor, Martin E. Cole©.
the Affiant caused to be filed a Notice of Default and Opportunity to Cure on Feb. 19, 2021 stating the above mentioned Default, again stating that the Affiant wanted to redeem the bond and settle and close the account.
The Affiant still got no response even to this date.

The Affiant has stated in Court, he has seen no charging papers that have been put into the Court record.

The Affiant Claims that the Constitution of the United States mentions 3 areas of Jurisdiction in which the Courts **MAY OPERATE**:
1) Common Law - there has to be a damaged Party with a sworn Affidavit stating a Claim.
2) Equity Law - Law which compels performance, and there **MUST BE A CONTRACT** somewhere. Can only be a civil action. In equity law you cannot be tried criminally.
3) Admiralty/Maritime Law - Whenever there is a penalty for failure to perform, that is Admiralty/Maritime Law and there **MUST BE** a valid **INTERNATIONAL CONTRACT** in force. **HOWEVER** the Courts don't want to admit that they are operating under Admiralty/Maritime Jurisdiction, so they took the International Law or Law Merchant and adapted it into our codes. **THAT** is what the Supreme Court decided in the **ERIE RAILROAD CASE** - that the decisions will be based on Commercial Law or Business Law and that it will have criminal penalties associated with it. Since they were instructed not to call it Admiralty Jurisdiction, they call it **STATUTORY JURISDICTION**.

**NO COURT** has Admiralty/Maritime Jurisdiction unless there is a valid International Maritime Contract **THAT HAS BEEN BREACHED.**

The Affiant Claims to not know he got involved with an International Maritime Contract, so in Good faith, **I DENY** that such a Contract exists. If the Court is taking Jurisdiction in **ADMIRALTY**, Then

Page 4 of 6

Pursuant to Section 3-501 of your UCC (presentment) The prosecutor will have NO DIFFICULTY placing the ALLEGED contract into evidence, so that the Affiant/Secured Party and Authorized Representative of the Defendant/Strawman may examine and possibly challenge the validity of the Contract.

The Affiant Claims that District Courts can only recognize other Legal-Fiction-persons. This is why the Affiant's Lawful name is NEVER entered into the Court records. It has been substituted by the Legal-fiction-person written with all caps. JURISDICTION in such Legal fiction Courts is ONLY with other Legal-fiction-persons. The only Jurisdiction a Lawful being can enter into is a Lawful, Constitutional Court - a Common Law venue - but Lawful Constitutional Courts no Longer exist. Only legal unlawful private Courts are available in America today.

The Affiant Claims Attorneys are there to cover up the smoke screen. What Attorneys do is lead you into "Dishonor" or "Default Judgement" the the Courts put you in prison and they sell your "Default Judgement." THE U.S. DISTRICT COURT buys all of these State Court Judgements.
    See "Criminal Justice Act" and "Optional Bids"
QUESTION: Why is there a list of "Sureties" in a
        federal District Court?

The Affiant Claims this is all civil NOT criminal, it's just to cover up what the Courts are doing with Mercantile Civil Law.
                Page 5 of 6

The Affiant Claims the subject or something that may be true even though it may be untrue made especially into Judicial reasoning to alter how a Legal rule operates; specifically a devise by which a legal rule or institution is divergent from it's original purpose to accomplish indirectly some other objects. See Erie v Thompkins.

The Affiant Claims there is no Law of the Land anymore. The World as we know it today is an Admiralty, emergency, military government, democracy-run, public institution.

The Affiant is herein rebutting the PRESUMPTION that the Court has charges against me.
The Affiant Claims that section 1-306.6 of the U.C.C. States; The Code cannot be read to preclude a Common Law action. The Affiant can sue under the Common Law for violating my right under the UCC. I have a remedy, under the UCC to reserve my rights under the Common Law. I have exercised the remedy, and now the Court must construe this statute in harmony with the Common Law. The Affiant will ask the Court if it has made a Judical determination that the sections 1-308 (old 1-207) and 1-103 of the UCC, which is the system of Law the Court is operating under, are not valid Law before this court? The Court cannot throw out one part of the Code and uphold another.

The Affiant Claims that an unrefutted Affidavit **STANDS AS TRUTH.**
Affiant further sayth not.

By _Martin E Cole©_ 3/29/2021
Authorized Representative For MARTIN E. COLE©, ens legis

Page 6 of 6